

**SO ORDERED,**

Judge Selene D. Maddox

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT

### Northern District of Mississippi

IN THE MATTER OF:                                                        CASE NO.: 25-14315-SDM
GWENDOLYN KAYE STOKELY

<u>ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE</u>

**IT APPEARING TO THE COURT** that there is now pending a certain **Chapter 13 Proceeding in which the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is <u>**paying personally**</u> and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

**IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

**PAYMENTS ONLY**                                 **ALL OTHER CORRESPONDENCE**
Todd S. Johns                                          Todd S. Johns
Standing Chapter 13 Trustee                  Standing Chapter 13 Trustee
P. O. BOX 1985                                        P. O. BOX 1326
MEMPHIS, TN 38101-1985                      BRANDON, MS 39043-1326

the sum of   $1,663.00  MONTHLY  **.**

                                                              DATED AT  Aberdeen, MS  on  **01/19/2026**

    THOMAS C ROLLINS, JR                 SUBMITTTED BY;
    P O BOX 13767                                  /s/ Todd S. Johns, Standing Chapter 13 Trustee
    JACKSON, MS 39236                          MSB# 9587
                                                              P. O. Box 1326, BRANDON, MS 390431326
                                                              601-825-7633; trustee.johns@ch13mstrustee.com

    GWENDOLYN KAYE STOKELY

    254 E PLUM ST
    COLUMBUS, MS 39702