## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

In re:                                     Case No.: 25-14315-SDM

Gwendolyn Kaye Stokely,                    Chapter: 13

       Debtor.

### OBJECTION OF SANTANDER BANK, N.A. TO
### CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Movant"), a secured creditor herein, by and through its undersigned attorneys, files its objection to confirmation of the proposed plan and states as follows:

1.     On December 19, 2025, Gwendolyn Kaye Stokely (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (the "Petition Date").

2.     This Court has jurisdiction of the parties and the subject matter pursuant to 28 U.S.C. §§157, 1334 and 11 U.S.C. § 1324.

3.     On January 3, 2025, the Debtor executed and delivered that certain Retail Installment Sale Contract (the "Note"), which was assigned to MOVANT, for the purchase 2020 JAGUAR F-PACE bearing Vehicle Identification Number SADCK2GX7LA639050 (the "Collateral"). A true and correct copy of the Note is attached hereto as **Exhibit "A."**

4.     In order to secure its purchase money security interest evidenced by the Note, Movant recorded its lien by notating the Title (the "Title"), a true and correct copy of which is attached hereto as **Exhibit "B."**

5.     On December 19, 2025, the Debtor filed a Chapter 13 Plan (Dkt. 2) (the "Plan").

6.     Movant has a secured 910 claim in the amount of $23,881.27, filed in this matter as Claim 2-1 ("MOVANT'S CLAIM").

7.      The Plan calls to properly classify Movant's 910 claim, with the claim amount listed in MOVANT's Proof Claim controlling over any contrary amount listed in Debtor's Plan, but fails to provide for the proper treatment of Movant's Claim based on the fact that the Plan does not provide adequate assurance of lien retention as to the Collateral.

8.      The Plan has not been accepted by Movant pursuant to 11 U.S.C. § 1325(a)(5)(A).

9.      Movant demands that the Plan be amended to include the following language: "Santander Consumer USA Inc.'s lien shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328."

WHEREFORE, Santander Bank, N.A., as servicer for Santander Consumer USA Inc. requests this Court to deny confirmation of the Plan and for such further relief as this Court deems appropriate.

Dated this 4th day of February 2026.

/s/ Christopher D. Meyer
Christopher D. Meyer, Esq. (MSB 103467)
*Attorney for Santander Bank, N.A., as*
*servicer for Santander Consumer USA Inc.*

OF COUNSEL:
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a copy of the foregoing has been served on this 4th day of February

2026, either by electronic transmission or by United States first class mail postage prepaid to the

following:

**Debtor:**
Gwendolyn Kaye Stokely
254 E Plum St
Columbus, MS 39702

**Counsel for the Debtor:**
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee:**
Todd S. Johns
Chapter 13 Trustee
PO BOX 1326
Brandon, MS 39043

**U.S. Trustee:**
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

*/s/ Christopher D. Meyer*
OF COUNSEL

65458784 v1