# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

**ORIGINAL**

TITLE TEXT

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| SADCK2GX7LA639050 | JAGU | 2020 | F-PACE | UV | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/30/2025 | | 4 | USED | PC | 66647 ACTUAL |

**OWNER(S)**

STOKELY, GWENDOLYN K
254 E PLUM ST
COLUMBUS MS 39702-8124

**BRANDS**

**BENEFICIARY**

☐ Fully Autonomous Vehicle

**1ST LIENHOLDER**

SANTANDER CONSUMER USA
P O BOX 961288
FORT WORTH TX 76161

DATE   01/03/2025

**2ND LIENHOLDER**

DATE

**MAIL TO**

SANTANDER CONSUMER USA
PO BOX 961288
FORT WORTH TX 76161-0288

LIEN SATISFACTION  THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN _____  BY _____
                  (LIENHOLDER)                          (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 ____

2ND LIEN _____  BY _____
                  (LIENHOLDER)                          (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 ____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 30TH   DAY OF JANUARY   20 25

The Mississippi Department of Revenue hereby certifies that on application duly made the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue  This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63 21 1 Mississippi Code of 1972 and subject to the provisions thereof

CONTROL NUMBER        MISSISSIPPI DEPARTMENT OF REVENUE        Exhibit B

**VOID IF ALTERED**