## United States Bankruptcy Court
## Northern District of Mississippi

In re:  _ Gwendolyn Kaye Stokely_____          Case No.: ___25-14315-SDM___

_____
*Debtor(s)*                                            Chapter: 13__

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
Santander Consumer USA Inc._____, a
[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRPB 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✔] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> Santander Consumer USA Holdings, Inc., 75 State Street, Boston, MA  02109
> Santander Consumer US, Inc., 1601 Elm Street, Dallas, TX  75201
> Banco Santander, S.A., Av. De Cantabria s/n, 28660 Boadilla del Monte Madrid, Madrid
> (wholly owns Santander Holdings USA, Inc.)

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date:  2-4-26          _/s/ Christopher D. Meyer_____
                       Attorney Signature

                       Christopher D. Meyer_____     103467_____
                       Attorney Name                       State Bar Number
                       190 E. Capitol Street, M-100_____
                       Address
                       Jackson, MS  39201_____
                       City, State, and Zip Code
                       601-355-3434_____   cmeyer@burr.com_____
                       Telephone Number          Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**