___

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
___

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

In re:                                                                                   Case No.: 25-14315-SDM

Gwendolyn Kaye Stokely,                                          Chapter: 13

    Debtor.

**AGREED ORDER ON OBJECTION OF SANTANDER BANK, N.A.**
**TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

    The Court has before it Santander Bank, N.A., as servicer for Santander Consumer USA Inc.'s ("SCUSA") Objection to Confirmation of Debtor's Chapter 13 plan (Dkt. # 11) set for hearing on March 3, 2026. The parties have announced settlement and request the Court to approve same. The Court finds SCUSA's Objection to Confirmation of Debtor's Chapter 13 Plan (Dkt. # 11) is SUSTAINED in part as set forth herein.

    SCUSA's Claim related 2020 JAGUAR F-PACE bearing Vehicle Identification Number SADCK2GX7LA639050 (the "Collateral") [Claim 2-1] shall be paid pursuant to SCUSA's Proof of Claim, with 10% interest. Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

This lien retention language shall apply to Debtor's current Chapter 13 Plan, and any amendment or modification thereof.

##END OF ORDER##

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr
*Attorney for Debtor*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.*

*/s/ Jeffrey K. Tyree*
Attorney for Todd S. Johns
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

65996657 v1