___

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

In re:                                                                                          Case No.: 25-14315-SDM

Gwendolyn Kaye Stokely,                                                            Chapter: 13

    Debtor.

### AGREED ORDER ON OBJECTION OF SANTANDER BANK, N.A. TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The Court has before it Santander Bank, N.A., as servicer for Santander Consumer USA Inc.'s ("SCUSA") Objection to Confirmation of Debtor's Chapter 13 plan (Dkt. # 11) set for hearing on March 3, 2026. The parties have announced settlement and request the Court to approve same. The Court finds SCUSA's Objection to Confirmation of Debtor's Chapter 13 Plan (Dkt. # 11) is SUSTAINED in part as set forth herein.

SCUSA's Claim related 2020 JAGUAR F-PACE bearing Vehicle Identification Number SADCK2GX7LA639050 (the "Collateral") [Claim 2-1] shall be paid pursuant to SCUSA's Proof of Claim, with 10% interest. Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

This lien retention language shall apply to Debtor's current Chapter 13 Plan, and any amendment or modification thereof.

## ##END OF ORDER##

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr
*Attorney for Debtor*

/s/ Christopher D. Meyer
Christopher D. Meyer
*Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.*

/s/ Jeffrey K. Tyree
Attorney for Todd S. Johns
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

65996657 v1

United States Bankruptcy Court

Northern District of Mississippi

In re: Case No. 25-14315-SDM
Gwendolyn Kaye Stokely Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1      User: autodocke      Page 1 of 2
Date Rcvd: Mar 02, 2026      Form ID: pdf0003      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gwendolyn Kaye Stokely, 254 E Plum St, Columbus, MS 39702-8124 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D. Meyer | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor New American Funding LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Gwendolyn Kaye Stokely trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

District/off: 0537-1 User: autodocke Page 2 of 2
Date Rcvd: Mar 02, 2026 Form ID: pdf0003 Total Noticed: 1
TOTAL: 5