# United States Bankruptcy Court
## Northern District of Mississippi

In re   **Gwendolyn Kaye Stokely**                                                         Case No.   **25-14315**
                                    Debtor(s)                                              Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **March 5, 2026**                    **/s/ Gwendolyn Kaye Stokely**
                                             **Gwendolyn Kaye Stokely**
                                             Signature of Debtor

```
Aaron's***
424 MS Hwy 12 W
Starkville, MS 39759


Ashro
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566


Capital Bank N.A.
2275 Research Blvd.
Ste 600
Rockville, MD 20850


Capital One
P.O. Box 31293
Salt Lake City, UT 84131


CashNet USA
175 W Jackson
Ste 1000
Chicago, IL 60604


Deweese Payroll Advanc
2409 Hwy 45 N
Columbus, MS 39705


Enable Loans
P.O. Box 70
Solon, IA 52333


Midnight Velvet
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566


New American Funding
Attn: Bankruptcy
Po Box 650076
Dallas, TX 75265


Santander Bank
P.o. Box 961211
Fort Worth, TX 76161
```

```
WLCC Lending JEM
P.O. Box 260269
Atlanta, GA 30326
```