**SO ORDERED,**



*Selene D. Maddox*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:    Gwendolyn Kaye Stokely, Debtor**                      **Case No. 25-14315-SDM**
**CHAPTER 13**

## ORE TENUS AGREED ORDER

THIS CAUSE came before the Court *ore tenus*, and upon the agreement of the parties announced in open court, the Court finds that the relief requested is well taken and should be granted.

IT IS, THEREFORE, ORDERED AS FOLLOWS:

1. The Debtor has received insurance proceeds in the amount of $7,216.77 from a claim with American Modern Property & Casualty Insurance Company for repairs due to roof damage.

2. The Debtor is hereby authorized to negotiate the insurance check for the purpose of completing the necessary repairs to the property.

3. The Debtor shall utilize the insurance proceeds solely for the repairs associated with the claim.

4. Upon completion of the repairs, the Debtor shall provide confirmation of such repairs to American Modern Property & Casualty Insurance Company and the Trustee, as requested.

5. All other terms and conditions of the confirmed plan shall remain in full force and effect.

##END OF ORDER##

PREPARED BY:                                            AGREED BY:
/s/ Thomas C. Rollins, Jr.                               /s/ Jeff Tyree
Thomas C. Rollins, Jr. (MS Bar No. 103469)      Attorney for Chapter 13 Trustee
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR