_____

**SO ORDERED,**



*[signature]*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Gwendolyn Kaye Stokely, Debtor**                **Case No. 25-14315-SDM**
                                                                     **CHAPTER 13**

## ORE TENUS AGREED ORDER

THIS CAUSE came before the Court *ore tenus*, and upon the agreement of the parties announced in open court, the Court finds that the relief requested is well taken and should be granted.

IT IS, THEREFORE, ORDERED AS FOLLOWS:

1. The Debtor has received insurance proceeds in the amount of $7,216.77 from a claim with American Modern Property & Casualty Insurance Company for repairs due to roof damage.

2. The Debtor is hereby authorized to negotiate the insurance check for the purpose of completing the necessary repairs to the property.

3. The Debtor shall utilize the insurance proceeds solely for the repairs associated with the claim.

4. Upon completion of the repairs, the Debtor shall provide confirmation of such repairs to American Modern Property & Casualty Insurance Company and the Trustee, as requested.

5. All other terms and conditions of the confirmed plan shall remain in full force and effect.

##END OF ORDER##

PREPARED BY:                                                  AGREED BY:
/s/ Thomas C. Rollins, Jr.                                   /s/ Jeff Tyree
Thomas C. Rollins, Jr. (MS Bar No. 103469)                   Attorney for Chapter 13 Trustee
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

United States Bankruptcy Court

Northern District of Mississippi

In re:

Gwendolyn Kaye Stokely

    Debtor

Case No. 25-14315-SDM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2026 | Form ID: pdf0003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gwendolyn Kaye Stokely, 254 E Plum St, Columbus, MS 39702-8124 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | New American Funding, LLC |
| cr | | Santander Bank, N.A., as servicer for Santander Co |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D. Meyer | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor New American Funding  LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Gwendolyn Kaye Stokely trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | |

District/off: 0537-1                         User: autodocke                               Page 2 of 2

Date Rcvd: Apr 07, 2026                      Form ID: pdf0003                         Total Noticed: 1

vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov


TOTAL: 5