**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Gwendolyn Kaye Stokely, a/k/a Gwendolyn K. Stokely, a/k/a Gwen K. Stokely |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Mississippi |
| Case number | 25-14315-SDM |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   **12/16**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**       New American Funding, LLC   **Court claim no.** (if known):   **3**

**Last 4 digits** of any number you use to identify the debtor's account:       XXXXXX8813

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice: _____

| **Part 1:** | **Itemize Postpetition Fees, Expenses, and Charges** |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | |
| 2. Non-sufficient funds (NSF) fees | | (2) | |
| 3. Attorney fees | | (3) | |
| 4. Filing fees and court costs | | (4) | |
| 5. Bankruptcy/Proof of claim fees | 02/06/2026 (Proof of Claim Fee) | (5) | $350.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | |
| 7. Property inspection fees | | (7) | |
| 8. Tax advances (non-escrow) | | (8) | |
| 9. Insurance advances (non-escrow) | | (9) | |
| 10. Property preservation expenses. Specify: | | (10) | |
| 11. Other. Specify: | | (11) | |
| 12. Other. Specify: | | (12) | |
| 13. Other. Specify: | | (13) | |
| 14. Other. Specify: | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C.  §1322(b)(5) and Bankruptcy Rule 3002.1

| Debtor 1 | Gwendolyn Kaye Stokely, a/k/a Gwendolyn K. Stokely, a/k/a Gwen K. Stokely | Case Number *(if known)* | 25-14315-SDM |
|----------|----|----|----|

## Part 2:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**


_/s/ Kathryn Lachowsky-Khan_                          Date  04/16/2026
  Signature


Print:       Joel W. Giddens, Kate Lachowsky-Khan, & Heather Martin-Herron        Title   Attorneys

Company    Foundation Legal Group, LLP

Address     400 W. Capitol Ave., Ste 1400
            Little Rock, AR 72201

Contact phone      (866) 501-9462       Email    joel.giddens | kate.lachowsky | heather.martin-herron@thefoundationlegalgroup.com


## CERTIFICATE OF SERVICE

On    April 16, 2026    , a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically through the electronic case filing system (ECF) upon:

Thomas C. Rollins, Jr.                          Todd S. Johns
Attorney at Law                                 Trustee
P.O. Box 13767                                  P.O. Box 1326
Jackson, MS 39236                               Brandon, MS 39043

and served via U.S. mail upon:


Gwendolyn Kaye Stokely
Debtor
254 E. Plum St.
Columbus, MS 39702

                                        _/s/ Kathryn Lachowsky-Khan_
                                         Joel W. Giddens (105450)
                                         Kathryn Lachowsky-Khan (105769)
FLG No. 363447                           Heather Martin-Herron (105772)