

**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Gwendolyn Kaye Stokely, Debtor**          **Case No. 25-14315-SDM**
**CHAPTER 13**

### ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK # 23 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. The confirmed Chapter 13 Plan is modified to add Aaron's as a creditor. The Debtor is authorized to assume the lease agreement with Aaron's. Payments to Aaron's shall be made directly by the Debtor.  All other provisions of the confirmed Plan shall remain unchanged and in full force and effect.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                          Case No. 25-14315-SDM

Gwendolyn Kaye Stokely                                                          Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1                        User: autodocke                                    Page 1 of 2

Date Rcvd: Apr 24, 2026                     Form ID: pdf0003                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                          regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

**Recip ID                  Recipient Name and Address**
db                    +  Gwendolyn Kaye Stokely, 254 E Plum St, Columbus, MS 39702-8124

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Christopher D. Meyer

                                on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com,
                                sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

Kathryn Alley Lachowsky-Khan

                                on behalf of Creditor New American Funding  LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com

Thomas C. Rollins, Jr.

                                on behalf of Debtor Gwendolyn Kaye Stokely trollins@therollinsfirm.com
                                jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Todd S. Johns

                                vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

U. S. Trustee

                                USTPRegion05.AB.ECF@usdoj.gov

District/off: 0537-1                          User: autodocke                          Page 2 of 2
Date Rcvd: Apr 24, 2026                       Form ID: pdf0003                         Total Noticed: 1
TOTAL: 5