CM/ECF hrg4
(Rev. 08/02/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Gwendolyn Kaye Stokely )      Case No.: 25–14315–SDM
     Debtor(s) )      Chapter: 13
     )      Judge: Selene D. Maddox
     )
     )

PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 7/1/26 at 10:30 AM

to consider and act upon the following:

*29 –* Trustee's Notice and Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 5/20/2026. (Johns, Todd)

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 5/12/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: LJB
Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                Case No. 25-14315-SDM

Gwendolyn Kaye Stokely                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2026 | Form ID: hrg4 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

**Recip ID                  Recipient Name and Address**
db                  + Gwendolyn Kaye Stokely, 254 E Plum St, Columbus, MS 39702-8124

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D. Meyer | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor New American Funding  LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Gwendolyn Kaye Stokely trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

District/off: 0537-1                      User: autodocke                      Page 2 of 2
Date Rcvd: May 12, 2026                   Form ID: hrg4                        Total Noticed: 1
TOTAL: 5