**SO ORDERED,**



~~Selene Maddox~~

Judge Selene D. Maddox

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  
GWENDOLYN KAYE STOKELY

CHAPTER 13 NO:  
25-14315-SDM

### AGREED ORDER

THIS CAUSE came on for consideration on the Trustee's Motion to Dismiss (Docket No. 29) pursuant to an agreement reached by the parties herein prior to the hearing date, the Court does hereby find and Order as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, all plan payment arrears through July, 2026, in the approximate amount of $8,731.00 (less any subsequent deposits which may be made to the case in the interim), **including post-petition mortgage arrears, if any (see detail below),** shall be amortized over the remaining plan period, with the Trustee's Office to record the corresponding abatement in her case accounting system.

The Debtor's post–petition mortgage payment arrears through July, 2026, due to New American Funding in the approximate amount of $3,159.44 (less any subsequent disbursements which may be made from this case in the interim) shall be paid on altered basis over the remaining plan period, with regular mortgage payments to commence with August, 2026.

THAT, the Debtor's wage deduction order shall be amended to a sum sufficient to complete all plan payments within the original confirmed plan period.

THAT, this Order shall not become final for a period of twenty (20) days, giving all affected creditors opportunity to object to the entry of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors listed herein, and shall file a certificate of service of same with the Court.

THAT, commencing with August 1, 2026, should the Debtor fail to remit the entire plan payment due for any consecutive two-month period, and/or should the Debtor become more than 60 days delinquent in plan payments to the Trustee, this case shall be dismissed without further notice or hearing.

###END OF ORDER###

CERTIFICATE OF SERVICE
I, Todd S. Johns, Chapter 13 Trustee, do hereby certify that I have this day mailed a true and correct copy of the foregoing Order to all affected parties listed therein and/or required to be noticed according to the aforesaid Order, copy of addressees attached, all by United States Mail, postage prepaid.
DATED: 7-14-26 /S/ Todd S. Johns MSB#9587

**APPROVED:**

/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com


/s/ Thomas C. Rollins, Jr.
DEBTOR'S ATTORNEY          w/ permission
Thomas C. Rollins, Jr.
PO Box 627
Ridgeland, MS 39158-0627
trollins@therollinsfirm.com; 601-500-5533; MSB#103469

THE AGREED ORDER WAS MAILED TO THE FOLLOWING:

**Kathryn Alley Lachowsky-Khan**
Foundation Legal Group, LLP
400 West Capitol Ave.
Suite 1400
Little Rock, AR 72201

NEW AMERICAN FUNDING

8201 N FM 620

SUITE 120

AUSTIN, TX 78726

NEW AMERICAN FUNDING

PO BOX 170581

AUSTIN, TX 78717