SO ORDERED,



*Selene Maddox*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**
GWENDOLYN KAYE STOKELY

**CHAPTER 13 NO:**
25-14315-SDM

### AGREED ORDER

THIS CAUSE came on for consideration on the Trustee's Motion to Dismiss (Docket No. 29) pursuant to an agreement reached by the parties herein prior to the hearing date, the Court does hereby find and Order as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, all plan payment arrears through July, 2026, in the approximate amount of $8,731.00 (less any subsequent deposits which may be made to the case in the interim), **including post-petition mortgage arrears, if any (see detail below),** shall be amortized over the remaining plan period, with the Trustee's Office to record the corresponding abatement in her case accounting system.

The Debtor's post–petition mortgage payment arrears through July, 2026, due to New American Funding in the approximate amount of $3,159.44 (less any subsequent disbursements which may be made from this case in the interim) shall be paid on altered basis over the remaining plan period, with regular mortgage payments to commence with August, 2026.

THAT, the Debtor's wage deduction order shall be amended to a sum sufficient to complete all plan payments within the original confirmed plan period.

THAT, this Order shall not become final for a period of twenty (20) days, giving all affected creditors opportunity to object to the entry of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors listed herein, and shall file a certificate of service of same with the Court.

THAT, commencing with August 1, 2026, should the Debtor fail to remit the entire plan payment due for any consecutive two-month period, and/or should the Debtor become more than 60 days delinquent in plan payments to the Trustee, this case shall be dismissed without further notice or hearing.

### ###END OF ORDER###

APPROVED:

/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com


/s/ Thomas C. Rollins, Jr.    w/ permission
DEBTOR'S ATTORNEY
Thomas C. Rollins, Jr.
PO Box 627
Ridgeland, MS 39158-0627
trollins@therollinsfirm.com; 601-500-5533; MSB#103469

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                    Case No. 25-14315-SDM

Gwendolyn Kaye Stokely                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2026 | Form ID: pdf0005 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gwendolyn Kaye Stokely, 254 E Plum St, Columbus, MS 39702-8124 |
| 4653910 | | Aaron's, 424 MS Hwy 12 W, Starkville, MS 39759 |
| 4627092 | + | Deweese Payroll Advanc, 2409 Hwy 45 N, Columbus, MS 39705-1319 |
| 4628735 | + | New American Funding, LLC, c/o Kathryn Alley Lachowsky-Khan, 400 West Capitol Ave., Suite 1400, Little Rock, AR 72201-3562 |
| 4627097 | + | WLCC Lending JEM, P.O. Box 260269, Atlanta, GA 31126-0269 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4627088 | + | Email/Text: bankruptcy@sccompanies.com | Jul 14 2026 01:03:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4627089 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2026 01:11:57 | Capital Bank N.A., 2275 Research Blvd., Ste 600, Rockville, MD 20850-6238 |
| 4627090 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2026 01:12:13 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 4627091 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 14 2026 01:03:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 4631680 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 14 2026 01:03:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 4627093 | + | Email/Text: bankruptcy@enableloans.com | Jul 14 2026 01:03:00 | Enable Loans, P.O. Box 70, Solon, IA 52333-0070 |
| 4627094 | + | Email/Text: bankruptcy@sccompanies.com | Jul 14 2026 01:03:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 4627095 | ^ | MEBN | Jul 14 2026 01:03:08 | New American Funding, Attn: Bankruptcy, Po Box 650076, Dallas, TX 75265-0076 |
| 4640831 | + | Email/Text: Bankruptcy@nafinc.com | Jul 14 2026 01:03:00 | New American Funding, LLC, 8201 N. FM 620, Suite 120, Austin, TX 78726-4075 |
| 4627096 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 14 2026 01:03:00 | Santander Bank, P.o. Box 961211, Fort Worth, TX 76161-0211 |
| 4633663 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 14 2026 01:03:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0537-1

User: autodocke

Page 2 of 2

Date Rcvd: Jul 13, 2026

Form ID: pdf0005

Total Noticed: 16

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026

Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D. Meyer | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, kpitts@burr.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor New American Funding  LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Gwendolyn Kaye Stokely trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 5