**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:** **CHAPTER 13 NO:**

GWENDOLYN K. STOKELY 25-14315-SDM

## FINAL ORDER OF DISMISSAL

THIS CAUSE came on for consideration on the ore tenus Motion of the Trustee for a Final Order of Dismissal of this Chapter 13 Case, and the Court does hereby find and Order as follows:

THAT, pursuant to an Order entered by this Court on or about JULY 13, 2026 (DKT. 35), the Debtor was not to become more than 60 days delinquent in Chapter 13 plan payments.

THAT, the Debtor has failed to abide by the aforesaid Order, as no payments have been received in this case since JUNE 2026, even after the Debtor was granted an abatement of all plan payment arrears in the amount of some $8,730.00 through JULY 2026.

THAT, the Trustee's ore tenus Motion is approved, and this case is hereby dismissed.

###END OF ORDER###

SUBMITTED BY:

/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON, MS 39043
601-825-7663; attorney.tyree@ch13mstrustee.com