**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO:**

GWENDOLYN K. STOKELY 25-14315-SDM

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came on for consideration on the ore tenus Motion of the Trustee for a Final Order of Dismissal of this Chapter 13 Case, and the Court does hereby find and Order as follows:

THAT, pursuant to an Order entered by this Court on or about JULY 13, 2026 (DKT. 35), the Debtor was not to become more than 60 days delinquent in Chapter 13 plan payments.

THAT, the Debtor has failed to abide by the aforesaid Order, as no payments have been received in this case since JUNE 2026, even after the Debtor was granted an abatement of all plan payment arrears in the amount of some $8,730.00 through JULY 2026.

THAT, the Trustee's ore tenus Motion is approved, and this case is hereby dismissed.

###END OF ORDER###

SUBMITTED BY:

/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON, MS 39043
601-825-7663; attorney.tyree@ch13mstrustee.com

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 25-14315-SDM
Gwendolyn Kaye Stokely Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Nov 10, 2026 Form ID: pdf0004 Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gwendolyn Kaye Stokely, 254 E Plum St, Columbus, MS 39702-8124 |
| 4653910 | | Aaron's, 424 MS Hwy 12 W, Starkville, MS 39759 |
| 4627092 | + | Deweese Payroll Advanc, 2409 Hwy 45 N, Columbus, MS 39705-1319 |
| 4628735 | + | New American Funding, LLC, c/o Kathryn Alley Lachowsky-Khan, 400 West Capitol Ave., Suite 1400, Little Rock, AR 72201-3562 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4627088 | + | Email/Text: bankruptcy@sccompanies.com | Nov 10 2026 23:00:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4627089 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 10 2026 22:59:06 | Capital Bank N.A., 2275 Research Blvd., Ste 600, Rockville, MD 20850-6238 |
| 4627090 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2026 22:59:20 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 4627091 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Nov 10 2026 22:59:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 4631680 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Nov 10 2026 22:59:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 4627093 | + | Email/Text: bankruptcy@enableloans.com | Nov 10 2026 23:00:00 | Enable Loans, P.O. Box 70, Solon, IA 52333-0070 |
| 4627094 | + | Email/Text: bankruptcy@sccompanies.com | Nov 10 2026 23:00:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 4627095 | ^ | MEBN | Nov 10 2026 22:42:33 | New American Funding, Attn: Bankruptcy, Po Box 650076, Dallas, TX 75265-0076 |
| 4640831 | + | Email/Text: Bankruptcy@nafinc.com | Nov 10 2026 22:59:00 | New American Funding, LLC, 8201 N. FM 620, Suite 120, Austin, TX 78726-4075 |
| 4627096 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2026 23:00:00 | Santander Bank, P.o. Box 961211, Fort Worth, TX 76161-0211 |
| 4633663 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2026 23:00:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 4627097 | ^ | MEBN | Nov 10 2026 22:42:45 | WLCC Lending JEM, P.O. Box 260269, Atlanta, GA 31126-0269 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D. Meyer | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. chris.meyer@wbd-us.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor New American Funding LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Gwendolyn Kaye Stokely trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email;perry@therollinsfirm.com |
| Todd S. Johns | on behalf of Trustee Todd S. Johns vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 6